United States Bankruptcy Court
Southern District of Florida

Tracers Information Specialists Inc,
    Plaintiff

Adv. Proc. No. 13-01794-PGH

TLFO, LLC,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-9     User: adaml     Page 1 of 1     Date Rcvd: Aug 27, 2014
                        Form ID: pdf004    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 28 2014 00:50:29      Office of the US Trustee,
         51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                                                                                                                                                                TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2014                                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2014 at the address(es) listed below:
         Adam D. Marshall, Esq.    on behalf of Interested Party    Technology Investors Inc.
          AMarshall@MarshallGrant.com,    efile@marshallgrant.com;mg197ecfbox@gmail.com
         Alvin S. Goldstein, Esq    on behalf of Defendant    TLFO, LLC mmitchell@furrcohen.com,
          atty_furrcohen@bluestylus.com
         Bernice C. Lee    on behalf of Plaintiff    Tracers Information Specialists Inc blee@sfl-pa.com,
          vchapkin@sfl-pa.com
         Jerry M Markowitz    on behalf of Mediator Jerry M.  Markowitz jmarkowitz@mrthlaw.com,
          rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,ycandia@mrthlaw.com
         Philip J Landau    on behalf of Plaintiff    Tracers Information Specialists Inc plandau@sfl-pa.com,
          lrosetto@sfl-pa.com;blee@sfl-pa.com;vchapkin@sfl-pa.com;pdorsey@sfl-pa.com
                                                                                                                                                                                                                                                                                                                                              TOTAL: 5



**ORDERED in the Southern District of Florida on August 26, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                 Case No.: 13-20853-PGH

TLO, LLC,                                                         Chapter 11

    Debtor.
_____/

TRACERS INFORMATION
SPECIALISTS, INC.,

    Plaintiff,                                              Case No.: 13-01794-PGH
v.

TLO, LLC,

    Defendant,
_____/

### ORDER CONTINUING PRETRIAL CONFERENCE

    This matter came before the Court pursuant to an *Agreed Ex Parte Motion to Continue Pretrial Conference* [ECF No. 63]. The pretrial conference in the above-captioned adversary proceeding is continued and will be held on **November 4, 2014 at 9:30 a.m.** at the United States

{1793/000/00241221}1

Bankruptcy Court, Flagler Waterview Building, 1515 N Flagler Dr., Room 801, 8th floor, Courtroom A, West Palm Beach, FL 33401. This Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3] shall remain in full force and effect, and all deadlines set in such order shall be calculated based on the continued pretrial conference, except that no deadline to file a motion requesting that this Court determine whether this proceeding is a core proceeding or otherwise subject to the entry of final orders or judgments by this Court, shall be extended by this order.

# # #

Submitted by:

Bernice C. Lee
SHRAIBERG, FERRARA & LANDAU, P.A.
Attorney for Tracers Information Specialists, Inc.
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

Bernice C. Lee, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{1793/000/00241221}2