UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                    Case No.: 13-20853-PGH

TLFO, LLC,                                                           Chapter 11

      Debtor.
_____/

TRACERS INFORMATION
SPECIALISTS, INC.,

      Plaintiff,                                                    Adv. Pro.: 13-01794-PGH

v.

TLFO, LLC,

      Defendant,
_____/

## STIPULATION OF DISMISSAL BY ALL PARTIES WHO HAVE APPEARED

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures made applicable to the above-referenced adversary proceeding by virtue of Rule 7041 of the Federal Rules of Bankruptcy Procedure, the parties below stipulate to the dismissal of the above-referenced adversary proceeding, with prejudice, and with each party to pay its own fees and costs.

*(signature pages to follow)*

{1793/000/00272634}

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Counsel for Tracers Information Specialists, Inc.
2385 N.W. Executive Center Dr. # 300
Boca Raton, FL 33431
(561) 443-0800

Date: 10/29/14

By: _____
Philip J Landau
Florida Bar No. 0504017
Email: plandau@sfl-pa.com


**SHRAIBERG, FERRARA & LANDAU, P.A.**
Counsel for Tracers Information Specialists, Inc.
2385 N.W. Executive Center Dr. # 300
Boca Raton, FL 33431
(561) 443-0800

Date: 10/29/14

By: _____
Bernice C. Lee
Florida Bar No. 0073535
Email: blee@sfl-pa.com


**FURR AND COHEN, P.A.**
Counsel for TLFO, LLC
2255 Glades Rd #337W
Boca Raton, FL 33431
(561) 395-0500

Date: 10-29-14

By: _____
Alvin S. Goldstein, Esq.
Florida Bar No. 993621
Email: agoldstein@furrcohen.com

## ATTORNEY CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 29th day of October, 2014.

        **SHRAIBERG, FERRARA & LANDAU, P.A.**
        Attorneys for Tracers Information Specialists, Inc.
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: blee@sfl-pa.com

        By: ___/s/ Bernice C. Lee_____
             Bernice C. Lee
             Florida Bar No. 0073535